IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01817-WDM-CBS

KIM, JIN HEE PARK,

    Plaintiff,

v.

ALBERTO GONZALES, *et al.*,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the "Stipulated Motion to Conduct a Telephonic Hearing in Lieu of the Scheduling Conference Scheduled for Court Appearance on December 20th" (*doc. no. 19)* is **GRANTED**. All parties are permitted to appear telephonically at the December 20, 2007 scheduling conference.

    Counsel shall create a conference call, and then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**    November 30, 2007